NATHAN W. LAPOTIN, Doing Business as PIONEER STEEL & ENGINEERING CO., v. GRUEN-SIMPLEX CORPORATION.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ. [See *ante*, p. 673.]

In the Matter of the Probate of the Will of FRANK F. ARNOLD, Deceased. MANUFACTURERS TRUST COMPANY et al., Respondents; ADA G. DOLAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with one bill of $10 costs to the respondents. Present — Peck, P. J., Glennon, Dore and Callahan, JJ. [See *ante*, p. 670.]

JAMES W. SMITH v. ELIZABETH A. GRAHAM, Doing Business at MAINE CHANCE FARM.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 665.]

HELEN E. ROBE v. ROBERT S. ROBE.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante*, p. 663.]

EMMA SALAMON, Individually and as Executrix of JOSEPH T. SALAMON, Deceased, v. KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N. V. (ROYAL DUTCH AIRLINES).— Motion for reargument of a motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ. [See *ante*, p. 683.]

JACK LANTZ v. RAE LANTZ.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante*, p. 664.]

SOPHIA A. SMITH v. ISIDOR A. SMITH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn and Callahan, JJ. [See *ante*, p. 151.]

JAMES W. TATE, Respondent, v. WALKER MEMORIAL BAPTIST CHURCH et al., Defendants, and VINCENT BOWEN et al., Appellants.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See *ante*, p. 675.]